PROB 12C
(10/93)




# United States District Court
## for
## Western District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Steven C. Yonich                                **Case Number:** CR94-05763B
**Last Known Address:** 143 Rosewood Drive
          **City:** Chehalis  **State:** WA  **Zip Code:** 98532
**Name of Sentencing Judicial Officer:** The Honorable Robert J. Bryan
**Date of Original Sentence:** 11/01/96                              **Date of Report:** August 23, 2000
**Original Offense:** Conspiracy to Commit Bank Fraud (Count 1), Bank Fraud (Count 2), and Mail Fraud (Count 3).
**Original Sentence:** 21 months imprisonment (concurrent on all counts), 3 years supervised release.
**Type of Supervision:** Supervised Release                          **Date Supervision Commenced:** 05/14/98
**Assistant U.S. Attorney:** Thomas C. Wales                         **Defense Attorney:** Allan R. Bentley
**Special Conditions Imposed:**

    ☐ Substance Abuse      ☒ **Financial Disclosure**      ☒ **Restitution: $221,083.44**
    ☐ Mental Health      ☐ Fine      ☐ Community Service

    ☒ **Other: Pay restitution at a rate not less than 5% of gross monthly income, File all delinquent tax returns and pay associated taxes, Prohibition from purchases in excess of $500.**

---

## PETITIONING THE COURT
☐ To issue a warrant under seal
☒ To issue a summons

The probation officer believes that Steven C. Yonich has violated conditions of supervision by:

Violation
Number      Nature of Noncompliance

    1.      Failing to submit copies of his paychecks with his February, April, May, and June of 2000 monthly reports, in violation of the special condition that he provide the Probation Officer with access to any requested financial information.

    2.      Failing to notify the probation officer within 72 hours of a change in employment, in violation of standard condition No. 6.

307

Petition for Warrant or Summons
for Offender Under Supervision

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for _____ years, for a total term of _____ years.

☐ The condition of supervision should be modified as follows:

☐ Detention pending final adjudication due to
    ☐ risk of flight.
    ☐ danger to community.

Respectfully submitted,

*Kimberly A. Follett*
Kimberly A. Follett
U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY: *signature*
Kathi Jo Stringer
Supervising U.S. Probation Officer

kaf
8/23/00
Attachment: Presentence Report

---

## THE COURT DIRECTS:

☐ No Action Approved
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

*Robert J. Bryan*
Signature of Judicial Officer

29 Aug 00
Date  RJB

# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>STEVEN C. YONICH<br>143 ROSEWOOD DRIVE<br>CHEHALIS WA 98532 | SUMMONS IN A CRIMINAL CASE<br><br>CASE NUMBER: **CR94-5763RJB** |

YOU ARE HEREBY SUMMONED to appear before the United States District court at the place, date and time set forth below.

| Place: | U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, Washington | Courtroom<br>Courtroom A |
|---|---|---|
| | | Date and Time |
| Before: | U.S. District Judge Robert J. Bryan | 10/6/00 at 9:30 a.m. |

To answer a Petition for Offender Under Supervision. Charging you with a violation of Title____ United States Code, Section(s)_____

Brief description of offense:

1. Failing to submit copies of his paychecks with his February, April, May & June of 2000 monthly reports.

2. Failing to notify the probation officer within 72 hours of a change of employment.

_____
Signature of Issuing Officer

August 29, 2000
Date

Caroline M. Gonzalez, Deputy Clerk
Name and Title of Issuing Officer

```
                                                        car
               United States District Court
                         for the
               Western District of Washington
                     August 29, 2000


            * * MAILING CERTIFICATE OF CLERK * *


Re:  3:94-cr-05763



True and correct copies of the attached were mailed by the clerk to the
following:


     David Zuckerman, Esq.
     STE 1300
     705 2ND AVE
     SEATTLE, WA  98104
     FAX 623-2186

     Allen M Ressler, Esq.
     BROWNE & RESSLER
     STE 2200
     821 SECOND AVE
     SEATTLE, WA  98104
     FAX 624-8226

     Thomas C Wales, Esq.
     U S ATTORNEY'S OFFICE
     STE 5100
     601 UNION ST
     SEATTLE, WA  98101-3903
     FAX 553-2502

     3 cc to USM

     3 cc to USP

     Judge Bryan
```