Judge Bryan

FILED ____ ENTERED
____ LODGED ____ RECEIVED
DEC 08 2000 PM
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ENTERED ON DOCKET
DEC 13 2000
DEPUTY

FILED ____ LODGED
____ RECEIVED
DEC 13 2000
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN C. YONICH,

    Defendant.

Nº CR94–5763B

ORDER REINSTATING SUPERVISED RELEASE WITH ADDITIONAL CONDITIONS

The United States Probation Office having submitted a violation report alleging that defendant Yonich has violated the conditions of his supervised release by failing to submit requested financial information to his Probation Officer and failing to inform his Probation Officer within 72 hours of a change in his employment;

Defendant Yonich having appeared before the Court on October 6, 2000, and admitted the violations;

The United States Probation Office, the United States Attorney, and defendant Yonich having agreed that the appropriate disposition in this case is for defendant Yonich to be continued on the supervised release term previously set, with two additional conditions; and

The Court being fully advised in the premises,

NOW, THEREFORE, the Court finds and rules as follows:

The Court finds that defendant has violated the conditions of his supervised release as alleged in the report submitted by the United States Probation Office.

ORDER REINSTATING SUPERVISED RELEASE/
YONICH—1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

316

1. IT IS HEREBY ORDERED that defendant's term of supervised release be and hereby is continued as previously set, with the following additional conditions:

   1. He shall maintain a record of any brokerage negotiations he conducts in connection with employment activities, either in a business or his own interest or in the interest of another, and he shall, upon request, make this record and any supporting documents available for the U.S. Probation Office's review.

   2. He shall perform 40 hours of community service prior to April 30, 2001, as directed by his U.S. Probation Officer.

IT IS FURTHER ORDERED that the Clerk deliver three certified copies of this Order to the Probation officer of this Court, one of which shall be delivered to the defendant by the Probation Officer.

Dated this __13__ day of December, 2000

_____
UNITED STATES DISTRICT JUDGE

Presented By:

_____
THOMAS C. WALES
Assistant United States Attorney

ORDER REINSTATING SUPERVISED RELEASE/
YONICH—2

```
                                                              car
                    United States District Court
                              for the
                    Western District of Washington
                         December 13, 2000


               * * MAILING CERTIFICATE OF CLERK * *


Re:   3:94-cr-05763



True and correct copies of the attached were mailed by the clerk to the
following:

         Robert Harris Gombiner, Esq.
         FEDERAL PUBLIC DEFENDER'S OFFICE
         STE 501
         1551 BROADWAY ST
         TACOMA, WA  98402
         FAX 1-253-593-6714

         Thomas C Wales, Esq.
         U S ATTORNEY'S OFFICE
         STE 5100
         601 UNION ST
         SEATTLE, WA  98101-3903
         FAX 553-2502

         3 cc to USM

         3 cc to USPO

         Judge Bryan
```