1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

           Plaintiff,

  v

STEVEN C. YONICH,

           Defendant.

Case No. CR94-5763RJB

ORDER RE-NOTING MOTION FOR APPROVAL OF AGREED LUMP-SUM RESTITUTION PAYMENT AND FOR REMISSION OF REMAINING RESTITUTION OBLIGATION

      This matter comes before the court on the Defendant's Motion for Approval of Agreed Lump-Sum Restitution Payment and for Remission of Remaining Restitution Obligation (Dkt. 317). The motion was noted for February 10, 2006. Dkt. 317. No response has been filed, apparently because the attorney appearing for the government is deceased. In order to afford the government an opportunity to respond to the motion so that the court may make a fair determination of the matters raised by the defendant's motion, the court should re-note the motion. Therefore, it is hereby

      **ORDERED** that the Defendant's Motion for Approval of Agreed Lump-Sum Restitution Payment and for Remission of Remaining Restitution Obligation (Dkt. 317) is **RE-NOTED** for March 10, 2006. Pursuant to the Local Rules, the response, if any, is due on March 6, 2005. The reply, if any, is due on March 10, 2006.

ORDER GRANTING MOTION- 1

1  The Clerk of the Court is directed to send uncertified copies of this Order to all counsel
2  of record, to any party appearing *pro se* at said party's last known address, and to the United
3  States Attorney's Office, Attn: Jeff Sullivan.
4  DATED this 15th day of February, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER GRANTING MOTION- 2