HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>STEVEN C. YONICH,<br><br>              Defendant. | CR94-5763RJB<br><br>ORDER APPROVING AN AGREED LUMP-SUM PAYMENT WITH RESPECT TO DEFENDANT'S RESTITUTION OBLIGATION |

The defendant Steven C. Yonich having moved for an order approving a proposed settlement whereby the restitution obligation imposed on him on November 1, 1996 would be satisfied upon his making an immediate lump-sum cash payment in the amount of $45,000.00;  having reviewed the motion, the declarations of Jerry L. Kittelson, James Omerso and Allen R. Bentley filed in support of the motion, the memorandum of law filed in support of the motion, the response of the United States, and defendant's Reply, the court has concluded that Mr. Kittelson and Mr. Omerso, the shareholders of the victim company, Bridge Financial, Ltd., have knowingly and voluntarily agreed to accept such a payment in satisfaction of the unpaid portion of the restitution obligation;  the court has concluded that it is in the best interests of the victim to receive an immediate, substantial lump-sum payment at this time;  and the court has determined that it has jurisdiction to approve a resolution of the restitution obligation for less than the full amount and to remit the balance of the obligation, where, as here, the victim has requested that such action be taken;  accordingly, it is hereby ORDERED as follows:

ORDER APPROVING AN AGREED LUMP-SUM
PAYMENT WITH RESPECT TO DEFENDANT'S
RESTITUTION OBLIGATION - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

1. The defendant, Steven C. Yonich, and the victim, Bridge Financial, Ltd., are hereby authorized to carry out their tentative agreement whereby the defendant would make a cash payment to Bridge Financial, Ltd. in the amount of $45,000.00 and, in return, Bridge Financial, Ltd. would agree to the entry of an order remitting the balance of the restitution obligation that was imposed herein on November 1, 1996;

2. The defendant, Steven C. Yonich, is directed to make payment to Bridge Financial, Ltd. in the amount of $45,000.00 within 15 days of the entry of this order; and

3. Upon receiving satisfactory proof from defense counsel that the payment referred to in "2" has been made, the court will enter a separate order remitting the balance of the restitution obligation.

DONE this 10th day of April, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

Presented by:

By: /s/ Allen R. Bentley
    ALLEN R. BENTLEY
    WSBA No. 12275
    Law Offices of Allen R. Bentley
    1111 Third Avenue
    Seattle, WA  98101
    Telephone: (206) 343-9391
    Fax: (206) 682-3746
    Email:  abentley@concentric.net

ORDER APPROVING AN AGREED LUMP-SUM PAYMENT WITH RESPECT TO DEFENDANT'S RESTITUTION OBLIGATION - 2